# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR117 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| LARITA DUNCAN, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for resentencing (Filing No. 77).

IT IS ORDERED that the Defendant's motion for resentencing (Filing No. 77) is held in abeyance pending the issuance of the mandate by the Eighth Circuit Court of Appeals.

DATED this 14th day of August, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge